TARA B. VOSS, CASB No. 261967
tvoss@peacockpiper.com
SAMANTHA W. MAHONEY, CASB No. 293530
smahoney@peacockpiper.com
PEACOK PIPER TONG + VOSS
100 W. Broadway, Suite 610
Long Beach, California 90802
Telephone: (562) 320-8880
Facsimile: (562) 735-3950
PPTV Matter No. 1014-5

Attorneys for Specially Appearing
Defendant, AMIS KALON, M/V IMO Number
9520807

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WORLD FUEL SERVICES (SINGAPORE) PTE LTD,<br><br>Plaintiff,<br><br>vs.<br><br>AMIS KALON, M/V IMO Number 9520807, in rem,<br><br>Defendant. | Case No. 2:20-CV-10707-CAS (JEM)<br><br>**DECLARATION OF TARA VOSS IN SUPPORT OF EX PARTE APPLICATION FOR AN ORDER FIXING BOND AMOUNT IN EXCHANGE FOR RELEASE OF THE MV AMIS KALON**<br><br>Complaint filed: November 24, 2020<br>Date of Arrest: November 27, 2020<br><br>**RESTRICTED APPEARANCE PURSUANT TO FRCP SUPPLEMENTAL ADMIRALTY RULE E(8)** |

///

- 1 -

I, Tara B. Voss, declare as follows:

1. I am an attorney duly licensed to practice before all California state and federal courts and I am a partner at the law firm of Peacock Piper Tong + Voss, LLP. I am counsel for Specially Appearing Defendant, AMIS KALON, M/V IMO Number 9520807 ("Defendant" or the "Vessel"). I have personal knowledge of the facts set forth below, unless stated otherwise, and, if called upon to testify as a witness, could testify competently thereto.

2. Plaintiff WORLD FUEL SERVICES (SINGAPORE) PTE LTD. filed this action on November 24, 2020, requesting the issuance of a warrant of arrest *in rem* against the Vessel. Based on information and belief, the Vessel was arrested on November 27, 2020, in Long Beach, California. It was only scheduled to be in Long Beach for a brief visit to take on fuel.

3. On information and belief, the Vessel is three and a half days behind schedule due to the arrest. Any further delays will result in serious commercial damages. The Vessel has already suffered loss of hire, extra Port Disbursement, and related fuel costs due to the arrest and the delay. These are material and mounting charges.

4. Beginning on November 26, 2020, I met and conferred with Plaintiff's counsel to arrange substitute security in lieu of the Vessel's arrest, but we have not been able to reach an agreement.

5. There is no dispute that the Vessel's value exceeds the amount of Plaintiff's claimed damages and the value of its claims fairly stated.

6. On November 30, 2020, at 7:17 a.m. PST, I provided notice of the *ex parte* application via email to Jess G. Webster (Jess.Webster@millernash.com), of Miller Nash Graham & Dunn LLP, Pier 70, 2801 Alaskan Way - Suite 300, Seattle, Washington 98121, copying co-counsel Chris Helmer (Chris.Helmer@millernash.com), Trajan Perez (Trajan.Perez@millernash.com), and

DECLARATION OF TARA VOSS IN SUPPORT OF EX PARTE APPLICATION FOR AN ORDER FIXING BOND AMOUNT IN EXCHANGE FOR RELEASE OF THE MV AMIS KALON

Tyler Bowlin (Tyler.Bowlin@millernash.com).

7. I spoke with Mr. Webster at approximately 3:41 p.m. and understand that Plaintiffs will not agree to a bond amount of $400,000 and have requested an amount of $550,000.

Executed this 30th day of November 2020, at Long Beach, California.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

/s/ Tara B. Voss
Tara B. Voss

- 3 -

DECLARATION OF TARA VOSS IN SUPPORT OF EX PARTE APPLICATION FOR AN ORDER FIXING BOND AMOUNT IN EXCHANGE FOR RELEASE OF THE MV AMIS KALON