TARA B. VOSS, CASB No. 261967
tvoss@peacockpiper.com
SAMANTHA W. MAHONEY, CASB No. 293530
smahoney@peacockpiper.com
PEACOK PIPER TONG + VOSS
100 W. Broadway, Suite 610
Long Beach, California 90802
Telephone: (562) 320-8880
Facsimile: (562) 735-3950

Attorneys for Specially Appearing Defendant, AMIS KALON, M/V IMO Number 9520807

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WORLD FUEL SERVICES (SINGAPORE) PTE LTD,<br><br>    Plaintiff,<br><br>vs.<br><br>AMIS KALON, M/V IMO Number 9520807, in rem,<br><br>    Defendant. | Case No. 2:20-CV-10707-CAS (JEM)<br><br>**[PROPOSED] ORDER GRANTING EX PARTE APPLICATION TO FIX BOND**<br><br>Complaint filed: November 24, 2020<br>Date of Arrest: November 27, 2020<br><br>**RESTRICTED APPEARANCE PURSUANT TO FRCP SUPPLEMENTAL ADMIRALTY RULE E(8)** |

Specially appearing Defendant AMIS KALON, M/V IMO Number 9520807's

- 1 -

4842-7208-4691, v. 1

1  (the "Vessel") *ex parte* Application for an Order Fixing the Bond in Exchange for
2  Release of the MV AMIS KALON, was submitted to the Court on November 30, 2020.
3  After receiving and considering the application and Plaintiff WORLD FUEL
4  SERVICES (SINGAPORE) PTE LTD's opposition to the application, the Court orders
5  as follows:
6      IT IS HEREBY ORDERED THAT the application is granted, and the bond is to
7  be fixed at $400,000.

**IT IS SO ORDERED.**

DATED: _____, 2020                    _____
                                                THE HONORABLE CHRISTINA
                                                A. SNYDER