TARA B. VOSS, CASB No. 261967
tvoss@peacockpiper.com
SAMANTHA W. MAHONEY, CASB No. 293530
smahoney@peacockpiper.com
PEACOK PIPER TONG + VOSS
100 W. Broadway, Suite 610
Long Beach, California 90802
Telephone: (562) 320-8880
Facsimile: (562) 735-3950

PPTV Matter No. 1014-5

Attorneys for Specially Appearing Defendant,
AMIS KALON, M/V IMO Number 9520807

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WORLD FUEL SERVICES (SINGAPORE) PTE LTD,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>AMIS KALON, M/V IMO Number 9520807, in rem,<br><br>　　　　　Defendant. | Case No. 2:20-CV-10707-CAS (JEM)<br><br>**SPECIALLY APPEARING DEFENDANT AMIS KALON'S CERTIFICATE OF INTERESTED PARTIES [LOCAL RULE 7.1-1]**<br><br>Complaint filed: November 24, 2020<br>Date of arrest: November 27, 2020<br><br>**RESTRICTED APPEARANCE PURSUANT TO FRCP SUPPLEMENTAL ADMIRALTY RULE E(8)** |

- 1 -

**SPECIALLY APPEARING DEFENDANT AMIS KALON'S CERTIFICATE OF INTERESTED PARTIES [LOCAL RULE 7.1-1]**

TO THIS HONORABLE COURT OF RECORD:

The undersigned, counsel of record for Specially Appearing Defendant AMIS KALON, M/V IMO Number 9520807 (the "Vessel"), certifies that the following listed parties may have a pecuniary interest in the outcome of this case, including any insurance carrier that may be liable in whole or in part for a judgment or for the cost of defense. These representations are made to enable the court to evaluate possible disqualification or recusal:

1. The AMIS KALON, M/V IMO Number 9520807 (the Vessel)
2. Guma Marine S.A. (the Vessel owner)
3. Wisdom Marine Lines, S.A. (the Vessel operator/parent company to Guma Marine S.A.)
4. Wisdom Marine Lines Co., Ltd (parent company of Wisdom Marine Lines, S.A.)
5. World Fuel Services (Singapore) Pte Ltd (Plaintiff)
6. North of England P&I Association (Insurer)

DATED: November 30, 2020

/s/ Tara B. Voss
TARA B. VOSS
SAMANTHA W. MAHONEY
PEACOCK PIPER TONG + VOSS

Attorneys for Specially Appearing Defendant AMIS KALON, M/V IMO Number 9520807

- 2 -

SPECIALLY APPEARING DEFENDANT AMIS KALON'S CERTIFICATE OF INTERESTED PARTIES [LOCAL RULE 7.1-1]